B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zieba, Andrzej J.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Zieba, Grazyna** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9554** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9262** |
| Street Address of Debtor (No. and Street, City, and State):<br>**8415 South Normandy Avenue**<br>**Burbank, IL**                    ZIP Code **60459** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**8415 South Normandy Avenue**<br>**Burbank, IL**                    ZIP Code **60459** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                 Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zieba, Andrzej J.**<br>**Zieba, Grazyna** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ DAVID W. DAUDELL**                          **February 25, 2011** |
| | Signature of Attorney for Debtor(s)                          (Date) |
| | **DAVID W. DAUDELL 6209274** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zieba, Andrzej J.**<br>**Zieba, Grazyna** |

### Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Andrzej J. Zieba**
Signature of Debtor  **Andrzej J. Zieba**

X  **/s/ Grazyna Zieba**
Signature of Joint Debtor **Grazyna Zieba**

Telephone Number (If not represented by attorney)

**February 25, 2011**
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X  **/s/ DAVID W. DAUDELL**
Signature of Attorney for Debtor(s)

**DAVID W. DAUDELL 6209274**
Printed Name of Attorney for Debtor(s)

**Law Office of David W. Daudell**
Firm Name

**211 W. Wacker Drive Suite 500**
**Chicago, IL 60606**

Address

**312-701-0012  Fax: 312-701-9056**
Telephone Number

**February 25, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

</td>
</tr>
</table>

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Andrzej J. Zieba**
**Grazyna Zieba**
_____   Case No. _____
Debtor(s)                 Chapter      **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Andrzej J. Zieba**

**Andrzej J. Zieba**

Date:   **February 25, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Andrzej J. Zieba**
**Grazyna Zieba**
_____
Debtor(s)

Case No. _____
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                        Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Grazyna Zieba**
                          **Grazyna Zieba**

Date:  **February 25, 2011**

```
1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


1st Security Fed Svgs
936m N Western Ave
Chicago, IL 60622


A Quick Recovery Collection Agency
9130 Oakwood Drive
Tinley Park, IL 60487
```

Accord Credit Services, LLC
P.O. Box 10002
Newnan, GA 30271


Accounts Receivable Managment
P.O. Box 129
Thorofare, NJ 08086-0129


Adams County Treasurer
Attn: Mary Ann Bays
P.O. Box 470
Friendship, WI 53934-0470


Adams County Treasurer
Attn: Mary Ann Bays
P.O. Box 470
Friendship, WI 53934-0470


Adams-Columbia Electric Cooperative
401 East Lake Street
P.O. Box 70
Friendship, WI 53934-0070


Allied Interstate Inc
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231


Allied Interstate Inc
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231


Ally
P.O. Box 38092
Minneapolis, MN 55438-0902


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

AMBIT Energy
P.O. Box 660462
Dallas, TX 75266

American Coradius International LLC
2420 Sweet Home Road
Suite #150
Buffalo, NY 14228-2244

American Home Mtg Svci
1525 S Belt Line Rd
Coppell, TX 75019

American Home Mtg Svci
1525 S Belt Line Rd
Coppell, TX 75019

American Security Insurance Company
P.O. Box 50355
Atlanta, GA 30302

Amex
P.O. Box 981537
El Paso, TX 79998

Amex
P.O. Box 981537
El Paso, TX 79998

Andrzei Styrczula
State of Illinois, Wage Claim
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150

aspire
P.O. Box 105555
Atlanta, GA 30348-5555

Aspire
Pob 105555
Atlanta, GA 30348

Asset Management Professionals, LLC
665 Molly Lane
Suite 110
Woodstock, GA 30189


Aurora Loan Services I
10350 Park Meadows Dr St
Littleton, CO 80124


Aurora Loan Services I
10350 Park Meadows Dr St
Littleton, CO 80124


Bac Home Loans Servici
450 American St
Simi Valley, CA 93065


baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061


Banco Popular
120 Broadway Fl 16
New York, NY 10271


Banco Popular
120 Broadway Fl 16
New York, NY 10271


Blatt,Hasenmiller,Leibsker & Moore
125 South Wacker Drive
Suite #400
Chicago, IL 60606-4440


Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Bluechip Recovery LLC
P.O. Box 412
900 Ogden Avenue
Downers Grove, IL 60515


Cach Llc (Original Creditor:First E
4340 S Monaco St Fl 2
Denver, CO 80237


Cap One
Po Box 85520
Richmond, VA 23285


Cardinal Fitness
8751 S. Harlem Avenue
Bridgeview, IL 60455


CCR Services
100 Channingway Blvd
STE 606
Columbus, OH 43232


Ccrservices (Original Creditor:04 C
P O Box 32299
Columbus, OH 43232


Central Loan
425 Phillips Bv
Ewing, NJ 08618


Chase
900 Stewart Ave Fl 3
Garden City, NY 11530


Chase
900 Stewart Ave Fl 3
Garden City, NY 11530


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 901039
Fort Worth, TX 76101

Chase Mtg
10790 Rancho Berna
San Diego, CA 92127


Chld/Cbsd
Po Box 6497
Sioux Falls, SD 57117


Christ Hospital
P.O. Box 23860
Belleville, IL 62223


Chrysler Financial
999 Oakmont Plaza Dr
Westmont, IL 60559


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi Cards
P.O. Box 688901
Des Moines, IA 50368-8901


Citicorp Credit Services Inc.
131 Tower Park, Suite 100
P.O. Box 2547
Waterloo, IA 50704-2547


Citicorp Credit Services Inc.
Payment Processing Center
P.O. Box 2695
Waterloo, IA 50704-2695


Citimortgage
Po Box 9438 Dept 0251
Gaithersburg, MD 20898


Coface Collections North America
P.O. Box 8510
Metairie, LA 70011-8510


Coface Collections North America
P.O. Box 8510
Metairie, LA 70011-8510

Cole Taylor
P.O. Box 909743
Chicago, IL 60690


Colonial Savings & Loa
2600 West Fwy
Fort Worth, TX 76102


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Consecofin
345 St Peter/900 Landmk
Saint Paul, MN 55102


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468


Costco Wholesale
P.O. Box 34331
Seattle, WA 98124

Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0209


Creditors Financial Group, LLC
3131 South Vaughn Way
Suite 110
Aurora, CO 80014


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Eaf Llc (Original Creditor:08 Chase
1120 West  Lake Co Suite B
Buffalo Grove, IL 60089


Echelon Recovery Inc.
P.O. Box 1880
Voorhees, NJ 08043


Ekstein Asset Management, Inc
P.O. Box 1289
Bridgeview, IL 60455


Falls Collection Svc (Original Cred
Po Box 668
Germantown, WI 53022


Faslo Solutions LLC
P.O. Box 77404
Ewing, NJ 08628


Fifth Third Bank
5050 Kingsley Dr # Md1mo
Cincinnati, OH 45227


Financial Control Solutions
P.O. Box 668
Germantown, WI 53022-0668


Financial Control Solutions
P.O. Box 668
Germantown, WI 53022-0668

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Frd Motor Cr
Pob 542000
Omaha, NE 68154


Fst Security
936 N Western Ave
Chicago, IL 60622


Fst Security
936 N Western Ave
Chicago, IL 60622


GAP
GE MONEY BANK, ATTN: BANKRUPTCY DEP
P.O. Box 103104
Roswell, GA 30076


GECC/The GAP


Gemb/Gap
Po Box 981400
El Paso, TX 79998


Gemb/Ge Money Bank Low
Po Box 103065
Roswell, GA 30076


Gemb/Jcp
Po Box 984100
El Paso, TX 79998


Gmac Mortgage
Po Box 4622
Waterloo, IA 50704


Greystone Alliance LLC
255 Great Arrow Avenue
2nd Floor, Suite 15
Buffalo, NY 14207

Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite #1900
Chicago, IL 60654


Harris (Original Creditor:Med1 02 A
600 W Jackson Suite 700
Chicago, IL 60661


harris Bank, N.A.
3800 Golf Road
Suite 300
Rolling Meadows, IL 60008


Harris N.A.
111 W Monroe Llw
Chicago, IL 60603


HFC
US Consumer Finance
P.O. Box 8873
Virginia Beach, VA 23450-8873


HFC
PO Box 3425
Buffalo, NY 14240-9733


Hfc - Usa
Po Box 3425
Buffalo, NY 14240


Hfc - Usa
Po Box 3425
Buffalo, NY 14240


Hinsdale B&T
25 E First St
Hinsdale, IL 60521


HLSC Supply
3000 W. Lake Street
Suite 2
Melrose Park, IL 60160

Home Loan Services Inc
150 Allegheny Center Mal
Pittsburgh, PA 15212

HSBC Consumer and Mortgage Lending
P.O. Box 4552
Buffalo, NY 14240-8851

HSBC Retail Services
P.O. Box 17264
Baltimore, MD 21297-1264

Hsbc/Carsn
Pob 15521
Wilmington, DE 19805

Hsbc/Carsn
Po Box 15521
Wilmington, DE 19805

Illinois Collection Se (Original Cr
8231 185th St Ste 100
Tinley Park, IL 60487

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
P.O. Box 804527
Cincinnati, OH 45280-4527

JD Excavation, INC.
5726 S. Narragansett Avenue
Chicago, IL 60638

Jeffcapsys (Original Creditor:12 As
16 Mcleland Rd
Saint Cloud, MN 56303

Kaplan Papadakis & Gournis, P.C.
180 North LaSalle Street
Suite #2108
Chicago, IL 60601

Kuba Blanda
State of Illinois, Wage Claims
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150


Lvnv Funding Llc (Original Creditor
Po Box 740281
Houston, TX 77274


Malcom S Gerald and Associates, Inc
332 South Michigan Avenue
Suite #600
Chicago, IL 60604


Mb Financial
6111 North River R
Des Plaines, IL 60018


MB Financial Bank


MB Financial Bank
Rosemont, IL 60018


MB Financial Bank
6111 North River Road
Des Plaines, IL 60018


MB Financial Bank
6111 North River Road
Des Plaines, IL 60018


Meno Stone Col, Inc.
10800 Route 83
Lemont, IL 60439


Merchant's Credit Guide Company
223 West Jackson Boulevard
Chicago, IL 60606


Merchants Credit Guide (Original Cr
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Michal Kot
State of Illinois, Wage Claims
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150


Mid Amer Fsl
55th And Holmes Suite 302
Clarendon Hill, IL 60514


Midland Credit Mgmt (Original Credi
8875 Aero Dr
San Diego, CA 92123


Midwest Orthopaedic Consultants, SC
10719 West 160th Street
Orland Park, IL 60467


Nicor
P.O. Box 0632
Aurora, IL 60507-0632


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826


Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, IL 60463


Palos Emergency Medical Services
9944 South Roberts Road
Suite 204
Palos Hills, IL 60465


Palos Emergency Medical Services
9944 South Roberts Road
Suite #204
Palos Hills, IL 60465


Paradise Landscaping
P.O. Box 1301
La Grange Park, IL 60526


Peoples Choice Home Lo
7515 Irvine Center Dr
Irvine, CA 92618


Peoples Choice Home Lo
7515 Irvine Center Dr
Irvine, CA 92618

Piotr Blemarczyk
State of Illinois, Wage Claims
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601-3150


Pnc Bank
1001 S Washington St
Naperville, IL 60540


Porsche Financial Srvc
4343 Commerce Ct Ste 214
Lisle, IL 60532


Radiology and Nuclear Consultant
7808 College Drive 1 SE
Palos Heights, IL 60463


Radiology and Nuclear Consultant
7808 College Drive 1 SE
Palos Heights, IL 60463


Recovery Concepts, Inc.
1925 E. Beltline Road,
Suite 510
Carrollton, TX 75006


Resmae Mortgage Corpor
3350 E Birch St Ste 102
Brea, CA 92821


Ricardas Becius
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150


Robert Pieta
State of Illinois, Wage Claims
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150


Rosman Adjustment Corp.
P.O. Box 12147
Northbrook, IL 60065-1247

Scheer, Greeen and Burke, Co. L.P.A
P.O. Box 1335
Toledo, OH 43604


Security Credit Servic (Original Cr
2653 W. Oxford Loop
Oxford, MS 38655


Security Credit Services LLC


Sierra Forest Products
1700 Downs Drive
West Chicago, IL 60185


South Stickney Sanitary District
7801 Lavergne Ave
Burbank, IL 60459


STA International
P.O. Box 906
Prospect Heights, IL 60070-0906


The CBE Group Inc
131 Tower Park, Suite 100
P.O. Box 2547
Waterloo, IA 50704-2547


Tomasz Yedynouicz
State of Illinois, Wage Claims
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150


Transworld
1375 East Woodfield Road
Schaumburg, IL 60173


Transworld Systems
2235 Mercury Way
Suite #275
Santa Rosa, CA 95407

Transworld Systems INC. Collection
1375 East Woodfield Road
#110
Schaumburg, IL 60173


TrueGreen
7650 West 99th Street
Hickory Hills, IL 60457


TRUGREEN
P.O. Box 1589
Bridgeview, IL 60455


Tucker, Albin & Associates
1702 North Collins Boulevard
Suite 204
Richardson, TX 75080


Valerie L. Bennecke, DDS
7338 W. 79th Street
Bridgeview, IL 60455


Weltman, Weinber & Reis Co., LPA
175 South 3rd Street
suite 900
Columbus, OH 43215-5166


Wfnnb/Express Structur
Po Box 330064
Northglenn, CO 80233


Wisconsin River Co-op Services
351 Railroad Street
Adams, WI 53910


Wojciech Gieras
State of Illinois, Wage Claims
160 N. LaSalle St., Suite #C-1300
Chicago, IL 60601-3150